■ LAWRENCE M. SMITH, Appellant, v ELLENVILLE NATIONAL BANK, Respondent.—Motion by respondent to dismiss appeal as untimely taken denied, without costs. Cross motion by appellant for relief pursuant to CPLR 5520 (subd [a]) granted, without costs. The notice of appeal filed on October 16, 1973 shall be deemed timely (see, e.g., *Messner v Messner,* 42 AD2d 889). Respondent's brief shall be filed and served on or before November 4, 1977. Appeal set down for term commencing November 14, 1977. Sweeney, J. P., Kane, Main, Larkin and Mikoll, JJ., concur.